**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Halo Creative & Design, Ltd. et al.  v.  Comptoir Des Indes Inc. et al.

No. 15-1375

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Comptoir Des Indes Inc. and David Ouaknine
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Mark Bagley |
| Law firm: | Tolpin & Partners, PC |
| Address: | 100 North LaSalle Street, Suite 510 |
| City, State and ZIP: | Chicago, IL 60602 |
| Telephone: | 312-698-8971 |
| Fax #: | 312-803-9602 |
| E-mail address: | mark@tolpinlaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): (pending)

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| March 25, 2015 | /s/ Mark Bagley |
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served via the Federal Circuit electronic filing system to:

> Richard D. Harris
> GREENBERG TRAURIG, LLP
> 77 West Wacker Drive, Suite 3100
> Chicago, Illinois 60601
> harrisr@glaw.com

on this 25th day of March, 2015.

                                          /s/ Mark R. Bagley
                                          Mark R. Bagley