NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HALO CREATIVE & DESIGN LIMITED, HALO TRADEMARKS LIMITED, HALO AMERICAS LIMITED,**
*Plaintiffs-Appellants*

v.

**COMPTOIR DES INDES INC., DAVID QUAKNINE,**
*Defendants-Appellees*

---

2015-1375

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:14-cv-08196, Senior Judge Harry D. Leinenweber.

---

**ON MOTION**

---

**O R D E R**

Comptoir Des Indes Inc. and David Quaknine ("CDI") move for a three-month extension of time, until September 11, 2015, to file their response brief. Halo Creative & Design Limited, Halo Trademarks Limited, and Halo Americas Limited consent to a 7-day extension of time but oppose the three-month extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  CDI's response brief is due on or before September 11, 2015.

> FOR THE COURT
>
> /s/ Daniel E. O'Toole
> Daniel E. O'Toole
> Clerk of Court

s21